UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LORIN S. ROSEMOND,<br><br>　　　　Defendant. | Case No. CV 17-00854-PA (GJSx)<br><br>JUDGMENT |

Pursuant to the Court's December 13, 2017, order granting the Motion for Summary Judgment filed by plaintiff the United States of America ("Plaintiff"), it is therefore now ORDERED, ADJUDGED, and DECREED that judgment is entered in this action as follows:

　　1.　　Plaintiff shall have judgment in its favor against defendant Lorin S. Rosemond ("Defendant");

　　2.　　On the three promissory notes, Plaintiff shall recover from Defendant $6,192.83 in principal, prejudgment interest of $13,821.33 as of November 16, 2017, and prejudgment interest on the principal from November 16, 2017 until the date of judgment at a rate of nine percent;

　　3.　　Plaintiff shall be entitled to post judgment interest on all sums owing at the

legal judgment rate specified in 28 U.S.C. § 1961;

    4. Plaintiff shall recover from Defendant $100.00 in administrative charges;

    5. Plaintiff shall recover from Defendant $35.00 in costs;

    6. Plaintiff shall recover from Defendant $2,000.00 in reasonable attorneys' fees; and

    7. Plaintiff is entitled to costs of suit pursuant to Local Rule 54.

The Clerk is ordered to enter this Judgment.

DATED: December 18, 2017                _____
                                                   Percy Anderson
                                       UNITED STATES DISTRICT JUDGE